# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DERKSEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AGRIUM U.S., INC., a corporation and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No.  2:15-cv-01392-JAM-EFB<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS** |

Upon stipulation of the parties, and for good cause shown, it is hereby ORDERED that the above-captioned case is dismissed with prejudice. Each party shall be responsible for its own costs of litigation, to include attorney fees.

DATED:  9/24/2015

　　　　　　　　　　　　　/s/ John A. Mendez_____

　　　　　　　　　　　　　United States District Court Judge

**ORDER GRANTING JOINT STIPULATION TO DISMISS**　　　1